IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON DILLER, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>      v.<br><br>EYEMED VISION CARE, LLC,<br><br>        Defendant. | Case No. 1:20-cv-01117<br><br>Hon. Matthew F. Kennelly |

## JOINT NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that on June 4, 2020, Plaintiff Brandon Diller and Defendant EyeMed Vision Care, LLC reached an agreement in principle to settle this matter on an individual basis. The parties respectfully ask that the Court allow them thirty (30) days (through July 27, 2020) to finalize the settlement and file a stipulation of dismissal with prejudice.

Dated: June 25, 2020

Respectfully submitted,

**BRANDON DILLER**

By: */s/ David M. Oppenheim*
    David M. Oppenheim

Phillip A. Bock
David M. Oppenheim
Molly E. Stemper
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. LaSalle St., Suite 1000
Chicago, Illinois 60602
(312) 658-5500
service@classlawyers.com

**EYEMED VISION CARE, LLC**

By: */s/ Ezra D. Church*
    Ezra D. Church

Ezra D. Church (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel. 215.963.5000
Fax 215.963.5001
Ezra.Church@morganlewis.com

Tyler Z. Zmick
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr.
Chicago, IL 60601-5094
Tel. 312.324.1188
Fax 312.324.1001
Tyler.Zmick@morganlewis.com

1

## **CERTIFICATE OF SERVICE**

    I, Ezra D. Church, hereby certify that on June 25, 2020, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF System.

                                                */s/ Ezra D. Church*
                                                Ezra D. Church