## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Brandon J Diller

                              Plaintiff,

v.                                            Case No.: 1:20–cv–01117
                                                       Honorable Matthew F. Kennelly

EyeMed Vision Care LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2020:

       MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation of dismissal [26], the case is dismissed with prejudice and without costs. Any hearing before this Court is vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.